In the Matter of the Estate of George W. Todd, Deceased.— Appeal dismissed, with costs, together with ten dollars costs of the motion.

In the Matter of the Judicial Settlement of the Accounts of Nora C. Hawley and George N. Hawley, as Executors, etc., of William S. Hawley, Deceased.— Decision and remittitur amended so as to allow a full bill of costs to the adult respondents and fifty dollars costs and disbursements to the special guardian against the appellant personally.

Lake Erie Boiler Compound Company, Appellant, v. Samuel Caldwell, as Sheriff of the County of Erie, Respondent.— Judgment affirmed, with costs. All concurred.

The Skenandoa Cotton Company, Respondent, v. Fuld & Hatch Knitting Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Final Judicial Settlement of the Accounts of Anna M. C. Wilkin, as Trustee under the Last Will and Testament of James Cunningham, Deceased, Respondent. Mary E. Cunningham and Others, Appellants; Charles E. Cunningham, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred, except Williams, J., who dissented.

Albert J. Winter, Respondent, v. City of Niagara Falls, Appellant.— Order reversed, without costs, and motion granted upon payment of ten dollars costs to the plaintiff, together with the costs of the action after service of answer, with leave to the plaintiff to discontinue the action, if so advised, without costs. All concurred.

The People of the State of New York, Respondent, v. Alison G. Eckert, Appellant.— Judgment affirmed. All concurred, except McLennan, P. J., not voting.

In the Matter of the Transfer Tax upon the Estate of James Kennedy, Deceased. Otto Kelsey, as Comptroller of the State of New York, Appellant; John J. Kennedy and Jennie Kennedy, as Administrators, etc., of James Kennedy, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred, except McLennan, P. J., not voting.

Evan Hughes, as Administrator, etc., of Thomas Hughes, Deceased, Plaintiff, v. Herbert E. Havens and Frederick A. Havens, Impleaded with South Buffalo Railway Company, Defendants.— Plaintiff's exception overruled, motion for new trial denied and judgment ordered for the defendants, with costs. All concurred, except McLennan, P. J., not voting.

In the Matter of the Probate of the Alleged Last Will and Testament of George Banister, Deceased. Sylvester Banister and Mary Hewitt, Appellants; Stephen A. Westland and Howard B. Long, the Executors Named in the Said Last Will and Testament of George Banister, Deceased, Respondents.— Decree of Surrogate's Court affirmed, with costs to respondents payable out of the estate. All concurred, except McLennan, P. J., not voting.

Eugene J. Coleman and Clara J. Coleman, as Administrators, etc., of James Coleman, Deceased, Appellants, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment and order affirmed, with costs, on opinion of McLennan, P. J., in *Coleman* v. *N. Y. C. & H. R. R. R. Co.* (98 App. Div. 349). All concurred, except Spring, J., who dissented; Kruse, J., not sitting.

Solomon Rosenstein, Appellant, Impleaded with The Brockport Loan and Building Association, v. The Traders' Insurance Company of Chicago, Illinois, Respondent.—Judgment and order affirmed, with costs, on prevailing opinion in *Rosenstein* v. *Traders' Ins. Co.* (79 App. Div. 481); and opinion in *Rosenstein* v. *Traders' Insurance Co.* (102 App. Div. 147.) All concurred, except McLennan, P. J., who dissented on grounds stated in dissenting opinion in *Rosenstein* v. *Traders' Insurance Co.* (79 App. Div. 481, 487); Kruse, J., not sitting.

Charles J. Buskist, Respondent, v. Orrin Wait, Appellant.— Judgment and order affirmed, with costs. All concurred.

Henry F. Weber, Respondent, v. Charles S. Mereness, Jr., as Trustee, etc., and Others, Impleaded with Teifft-Weller Company. Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.